

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00128-CV

**IN THE GUARDIANSHIP OF** Martin L. **ROBERTSON**, an Incapacitated Person

From the County Court, Kerr County, Texas
Trial Court No. G18-22
Honorable Robert Lee Kelly, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We order appellant to pay the costs of the appeal.

SIGNED March 16, 2022.

_____
Beth Watkins, Justice